United States District Court
Southern District of Texas
**ENTERED**
November 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | CRIMINAL NO: |
| v. | § § § | |
| JAMES D. DANNENBAUM | § § § § § § § § § | **19 CR 794** |

## ORDER FOR ISSUANCE OF NOTICE

A ____CRIMINAL INFORMATION____ has been filed against the defendant who is

☑ Released on Conditions  ☐ Detained  ☐ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant ____November 12, 2019____

at ____10 Am____ .

SIGNED at Houston, Texas, on ____November 5____, 20__19__.

_____
UNITED STATES MAGISTRATE JUDGE