# UNITED STATES DISTRICT COURT

Southern **DISTRICT OF** Texas

**WAIVER OF INDICTMENT**

United States of America

v.

JAMES D. DANNENBAUM

Case Number: 19-CR-794

Defendant(s)

United States Courts
Southern District of Texas
**FILED**

**NOV 04 2019**

David J. Bradley, Clerk of Court

I, _____JAMES D. DANNENBAUM_____, the above-named defendant, who is accused of

Making Contributions in the Name of Another (52 U.S.C. §§ 30109(d)(1)(D)(i) & 30122)

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waived in open court on __Nov 22, 2019__ prosecution by indictment and consent
                              Date

that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
           Judicial Officer